

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00562-CV

**IN THE INTEREST OF T.B., G.H., AND E.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Appellant Father A.H.'s motion for reconsideration of order requiring brief is DENIED AS MOOT.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court